IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN EDWARD GRIFFIN,** | : | **No. 1:CV-06-2445** |
| **Plaintiff** | : | |
| | : | **JUDGE SYLVIA H. RAMBO** |
| v. | : | |
| **MELVIN S. LOCKETT,** *et al.*, | : | |
| **Defendants** | : | |

## **O R D E R**

The background of this order is as follows. On May 7, 2008, Plaintiff filed a motion for preliminary injunction. (Doc. 87.) He did not file a supporting brief within ten days, as required by Local Rule 7.5. On June 9, 2008, the court issued a rule to show cause why his motion should not be deemed withdrawn. (Doc. 90.) Plaintiff's reason for failing to file a supporting brief is that he is unskilled in the law and is allowed only limited use of the law library. (*See* Doc. 91.) This reason is unavailing. Upon filing suit, Plaintiff was provided the Local Rules and is charged with abiding by them. Further, Plaintiff failed to file a supporting brief for a previous motion. He was ordered to show cause in that instance and he was reminded of Local Rule 7.5. At that time he was excused because of his *pro se* status (*see* Doc. 53), but he may not, at this stage of the litigation, rest on the excuse of ignorance of Local Rule 7.5. Plaintiff was on notice that supporting briefs are required within ten days of filing a motion.

Accordingly, Plaintiff's motion for preliminary injunction (Doc. 87) is **DEEMED WITHDRAWN**.  Documents 92 and 100 are **STRICKEN** from the record.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: June 30, 2008.